# UNITED STATES BANKRUPTCY COURT

EASTERN District of MICHIGAN

In re  Patrick M Perry
       Brenda L. Cope-Perry
       Debtor

Case No. 13-45644

Chapter 13

## Notice of Mortgage Payment Change

If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to §1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: Deutsche Bank Trust Company, as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QA4

Court claim no. (if known): 4

Last four digits of any number you use to identify the debtor's account: xxxxxx3354

Date of payment Change: 5/1/2015
Must be at least 21 days after date of this notice

Property address: 24395 Meadowbridge Dr, Clinton Township MI 48035-3
Trott# 450910B01

New total payment: $599.46
Principal, interest, and escrow if any

### Part 1: Escrow Account Payment Adjustment

Will there be a change in the debtor's escrow account payment?

☒ No
☐ Yes. Attached is a copy of the escrow account statement, prepared according to applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

_____

Current escrow payment: $_____    New escrow payment: $_____

### Part 2: Mortgage Payment Adjustment

Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's Variable-rate note?

☐ No
☒ Yes. Attached is a copy of the rate change notice, prepared according to applicable nonbankruptcy law. Describe the basis for the change. If a notice is not attached, explain why: _____

Current interest rate: 3.75000 %          New interest rate: 3.87500 %
Current principal and interest payment: $522.10     New principal and interest payment: $521.40

### Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

■ No
☐ Yes. Attached is a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

Reason for change: _____

Current mortgage payment: $_____      New mortgage payment: $_____

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box:
☐ I am the creditor.    ☐ I am the creditor's authorized agent.
(Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

X /s/ _____   Date 3/26/2015
Signature

Print: Shawn C. Drummond P58471 ~~Athena Atlas P61824~~
First Name   Middle Name   Last Name

Title: Attorney for Deutsche Bank Trust Company, as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-QA4

Company: Trott Law, P.C.

Address: 31440 Northwestern Hwy Ste 200
Number   Street
Farmington Hills MI 48334-5422
City   State   Zip Code

Contact Phone: 248.642.2515      Email: EasternECF@trottlaw.com



**Ocwen Loan Servicing, LLC**
WWW.OCWEN.COM
*HELPING HOMEOWNERS IS WHAT WE DO!* ™

1661 Worthington Road Suite 100
West Palm Beach, FL 33409
Toll Free: (800) 746-2936

3/2/2015

Account Number: ▮▮▮3354
Case Number - 13-45644

Patrick M Perry

1877 Orchard Lake Rd #104
Sylvan Lake, MI 48320

**Property Address:**
24395 Meadowbridge Dr
Clinton Township, MI 48035

## Changes to Mortgage Interest Rate and Payment on 5/1/2015

Under the terms of the Adjustable-Rate Mortgage (ARM), there is a 12 month period during which the interest rate stayed the same. That period ends on 4/1/2015, so on that date the interest rate may change. After that, the interest rate may change every 12 month(s) for the rest of the loan term. Any change in the interest rate may also change the mortgage payment.

|  | Current Rate and monthly Payment | New Rate and monthly Payment |
|---|---|---|
| Interest Rate | 3.75000% | 3.87500% |
| Escrow (Taxes and Insurance) | $078.06 | $078.06 |
| Total monthly Payment | $600.16 | $599.46 (due 5/1/2015) |

**Interest Rate:** We calculated the interest rate by taking a published "index rate" and adding a certain number of percentage points, called the "margin". Under the loan agreement, the index rate is 0.67160% and the margin is 3.25000%. The 12 Month LIBOR is published monthly in Wall Street Journal. The calculated amount is rounded by 0.12500%.

**Rate Limit(s):** The rate cannot go higher than 11.62500%, or lower than 3.25000% over the life of the loan. The rate can change each time by no more than 2.00000%.

**New Interest Rate and Monthly Payment:** The table above shows the new interest rate and new monthly payment. These amounts are based on the 12 Month LIBOR as of now, the margin 3.25000%, to the index, the loan balance of $86,984.67, and the remaining loan term of 240 months.

▮▮▮3354                                                                                                                                       *ARMBK_v2.1*

Notice Regarding Bankruptcy: Please be advised that this letter is in no way an attempt to collect either a pre-petition, post petition or discharged debt. If your bankruptcy case is still active, no action will be taken in willful violation of the Automatic Stay. If you have received an Order of Discharge in a bankruptcy case, any action taken by us is for the sole purpose of protecting our lien interest in the underlying mortgaged property and is not an attempt to recover any amounts from you personally. Finally, if you are in an active Chapter 11, 12 or 13 bankruptcy case and an Order for Relief from the Automatic Stay has not been issued, you should continue to make payments in accordance with your plan. If your loan has been paid in full or already foreclosed upon, this is not an attempt to collect any additional funds from you.



**Ocwen Loan Servicing, LLC**
WWW.OCWEN.COM
*HELPING HOMEOWNERS IS WHAT WE DO!* ™

1661 Worthington Road Suite 100
West Palm Beach, FL 33409
Toll Free: (800) 746-2936

**Prepayment Penalty:** None

You should be aware that your overall monthly payment could change on a separate date as a result of any increases or decreases in real estate taxes and/or insurance. We apologize for any inconvenience this might have caused. If you have any questions relating to this notice, please contact our Customer Care Center at (800) 746-2936 Monday to Friday 8:00 am to 9:00 pm, Saturday 8:00 am to 5:00 pm and Sunday 9:00 am to 9:00 pm ET.

Sincerely,

Customer Care Center

████3354

ARMBK_v2.1

Notice Regarding Bankruptcy: Please be advised that this letter is in no way an attempt to collect either a pre-petition, post petition or discharged debt. If your bankruptcy case is still active, no action will be taken in willful violation of the Automatic Stay. If you have received an Order of Discharge in a bankruptcy case, any action taken by us is for the sole purpose of protecting our lien interest in the underlying mortgaged property and is not an attempt to recover any amounts from you personally. Finally, if you are in an active Chapter 11, 12 or 13 bankruptcy case and an Order for Relief from the Automatic Stay has not been issued, you should continue to make payments in accordance with your plan. If your loan has been paid in full or already foreclosed upon, this is not an attempt to collect any additional funds from you.